John T. MINEMYER, Plaintiff–
Cross–Appellant,

v.

R–BOC REPRESENTATIVES, INC.,
Robert Lundeen, Carolyn Lundeen,
Precision Custom Molders, Inc., and
Edward Krajecki, Defendants–Appellants,

and

Dura–Line Corporation and Timothy A.
Grimsley, Defendants–Appellants,

and

Sandra Krajecki, Lebac Plastic Mold
Co., Inc., and Ronald Backman,
Defendants.

Nos. 2012–1532, 2012–1562.

United States Court of Appeals,
Federal Circuit.

July 12, 2013.

Douglas M. Chalmers, Douglas M. Chalmers, P.C., of Chicago, IL, argued for plaintiff-cross appellant.

Matthew G. McAndrews, Niro, Haller & Niro, of Chicago, IL, argued for all defendants-appellants. With him on the brief for defendants-appellants R–Boc Representatives, Inc., et al was Frederick C. Laney. On the brief for defendants-appellants Dura–Line Corporation and Timothy A. Grimsley was Natalie J. Spears, SNR Denton U.S. LLP, of Chicago, IL.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judge.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.